**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Judge Raymond P. Moore

Civil Action No. 12-cv-03238

**Deborah S. Christian**

    Plaintiff,

v.

**Carolyn W. Colvin,**
**Acting Commissioner of Social Security,**

    Defendant.

---

**ORDER**

---

  THIS MATTER is before the Court on the <u>Stipulated</u> Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). IT IS ORDERED that the Stipulated Motion for EAJA Fees is **APPROVED**. Accordingly, IT IS HEREBY ORDERED:

  1. The Defendant will pay Plaintiff a total of **$7,000.00** in fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Payment will be sent to the office of Plaintiff's attorney: Patrick C.H. Spencer, II, Esq., Spencer Law Firm, P.C., 830 Tenderfoot Hill Rd., Suite 320, Colorado Springs, CO 80906.

  2. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-

Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney. Plaintiff has assigned her right to EAJA fees to her attorney and that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, then the Commissioner will agree to waive the requirements of the Anti-Assignment Act (31 U.S.C. § 3727(b)), and the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

3. Defendant's payment of this amount is without prejudice to Plaintiff's counsels' right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

Dated this 10th day of September, 2015.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge